# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HALEY HOLCOMB,**

            **Plaintiff,**

-vs-                                   **Case No.  6:06-cv-45-Orl-22DAB**

**THE MORTGAGE HOUSE, INC., and
GAVIN SUSMAN,**

            **Defendants.**

_____

## ORDER

This cause is before the Court on Defendants' Motion to Dismiss Plaintiff's Overtime Claims for Lack of Justiciable Controversy (Doc. No. 48) filed November 15, 2006.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed December 21, 2006 (Doc. No. 58) is ADOPTED and CONFIRMED and made a part of this Order.

2.      Defendants' Motion to Dismiss Plaintiff's Overtime Claims for Lack of Justiciable Controversy (Doc. No. 48) is GRANTED.  However, the Court reserves jurisdiction

over the claim for attorney's fees.  Plaintiff shall filed any motion for an award of attorney's fees by February 2, 2007.

      3.      The Clerk is directed to CLOSE the file.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 13, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party